IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUANN STRALEY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 10-330-LPS-MPT |
| ADVANCED STAFFING, INC., | : | |
| Defendant. | : | |

## **ORDER**

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation Order (D.I. 12) dated December 8, 2010;

WHEREAS, the Report and Recommendation Order recommends that Judgment in the amount of $21,336.00 ($7,212.00 for claims under the Fair Labor Standards Act and $14,124.00 for attorney's fees) be entered in favor of plaintiff Luann Straley and against defendant Advanced Staffing, Inc.

WHEREAS, any Objections to the Report and Recommendation Order (D.I. 12) were to be filed by December 27, 2010;

WHEREAS, neither party has filed an Objection to the Report and Recommendation Order;

WHEREAS, the Court concludes that the Report and Recommendation Order (D.I. 12) should be adopted for the reasons stated by Magistrate Judge Thynge in her Report and Recommendation Order (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation Order (D.I. 12) is **ADOPTED**.

Dated: March 23, 2011

_____
UNITED STATES DISTRICT JUDGE